UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
C.A. No: 3:10-CV-00307-GCM

| | |
|---|---|
| AKRAM ABD EL KADER ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER APPROVING** |
| vs. ) | **SETTLEMENT AGREEMENT** |
| ) | **UNDER SEAL and** |
| CAROLINA MEDICAL LAB GROUP, INC. ) | **STIPULATION OF** |
| ) | **DISMISSAL WITH** |
| Defendant. ) | **PREJUDICE** |

This action came before the Court, upon Joint Motion of the Parties, for review and approval of the Settlement Agreement under seal containing general waivers and releases ("Settlement Agreement") that has been signed by the Plaintiffs, through their authorized representative, and by the Defendant, through their authorized representatives.

The Court has reviewed the Settlement Agreement, and has found it to be in the best interest of all Parties. Accordingly, the Court ORDERS that the Settlement Agreement is approved under seal. A Stipulation and Order of Dismissal with Prejudice will be entered accordingly.

Signed: July 15, 2010

*Graham C. Mullen*
Graham C. Mullen
United States District Judge